In the Matter of the Application of DUNBAR & SULLIVAN DREDGING COMPANY, Respondent, to Fix and Determine the Liability of FIDELITY AND DEPOSIT COM-

PANY OF MARYLAND, Appellant, as Surety on the Bond of NELLIE J. MANNING, as Administratrix, etc., of EDWARD A. MANNING, Deceased.— Motion for leave to appeal granted. The court hereby certifies that in its opinion a question of law is involved herein which ought to be reviewed by the Court of Appeals. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ. [See 244 App. Div. 9.]